UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCHREIBER FOODS, INC.

    Plaintiff,

v.                                             Case No. 16-C-283

MAVERICK TECHNOLOGIES, LLC,
and CFC UNDERWRITING, LTD.

    Defendants.

## ORDER APPROVING JOINT STIPULATION FOR SUBSTITUTION OF PARTIES

Schreiber Foods, Inc. and Certain Underwriters at Lloyd's, London, Subscribing to Policy No. ESE03140596 ("Underwriters"), by and through their attorneys, have filed a stipulation identifying Certain Underwriters at Lloyd's, London, Subscribing to Policy No. ESE03140596 ("Underwriters") as the proper party insurer defendant in this matter and have requested that Underwriters be substituted as a party defendant for CFC Underwriting, Ltd. ("CFC"). The parties have further agreed to use of the waiver of service provision for Underwriters and Defendant Maverick Technologies, LLC commencing March 22, 2016.

Accordingly, Underwriters shall be substituted for CFC as the proper party defendant and the responsive pleadings of Defendants Underwriters and Maverick Technologies, LLC shall be due on or before May 21, 2016.

**Underwriters is directed to confirm that complete diversity continues to exist in this case or move for dismissal for lack of subject-matter jurisdiction.**

    **SO ORDERED** this 13th day of April, 2016.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court